| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   SA NW UPSCALE HOSPITALITY GROUP, LLP

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 4 – 3 7 6 0 1 7 9

4. **Debtor's address**

   **Principal place of business**  
   15639 Interplace Road  
   Number    Street  
   
   San Antonio    TX    78249  
   City    State    ZIP Code  
   
   Bexar  
   County

   **Mailing address, if different from principal place of business**  
   3925 S. Padre Island Dr.  
   Number    Street  
   
   P.O. Box  
   
   Corpus Christi    TX    78415  
   City    State    ZIP Code  
   
   **Location of principal assets, if different from principal place of business**  
   15638 Interplace Road  
   Number    Street  
   San Antonio, Bexar County, Texas   78249  
   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other.  Specify: _____

Debtor **SA NW UPSCALE HOSPITALITY GROUP, LLP** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

\_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **SA NW UPSCALE HOSPITALITY GROUP, LLP**     Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
           MM / DD / YYYY
        District _____ When _____ Case number _____
           MM / DD / YYYY
        District _____ When _____ Case number _____
           MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
          District _____ When _____
                                                          MM / DD / YYYY
          Case number, if known _____

          Debtor _____ Relationship _____
          District _____ When _____
                                                             MM / DD / YYYY
          Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **SA NW UPSCALE HOSPITALITY GROUP, LLP**　　　　　Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　　What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    　　　　　　　　　　　　　　　Number　　Street
    　　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　　_____  _____  _____
    　　　　　　　　　　　　　　　City　　　　　　　State　　ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
    　　　　Contact name _____
    　　　　Phone _____

---

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
    ☐ 50-99　　　　 ☐ 5,001-10,000　　　 ☐ 50,001-100,000
    ☐ 100-199　　　 ☐ 10,001-25,000　　　☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000　　　☑ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million　 ☐ $100,000,001-$500 million　 ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000　　　☑ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million　 ☐ $100,000,001-$500 million　 ☐ More than $50 billion

---

Debtor **SA NW UPSCALE HOSPITALITY GROUP, LLP**     Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/03/2023**
MM / DD / YYYY

X **/s/ Vikas B. Bhakta**
Signature of authorized representative of debtor
**Vikas B. Bhakta**
Printed name
**Agent/Partner**
Title

**18. Signature of attorney**

X **/s/ Martin Seidler**     Date **10/03/2023**
Signature of attorney for debtor     MM / DD / YYYY

**Martin Seidler**
Printed name
**Law Offices of Martin Seidler**
Firm name
**11107 Wurzbach**
Number     Street
**Suite 504**

**San Antonio**     **TX**     **78230-2592**
City     State     ZIP Code

**(210) 694-0300**     **Marty@Seidlerlaw.com**
Contact phone     Email address
**18000800**     **TX**
Bar number     State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | SA NW UPSCALE HOSPITALITY GROUP, LLP | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS | |
| Case number (if known) | | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | IH10/Loop1604 Partners, LTD<br>10003 NW Military Hwy # 2205<br>San Antonio, TX 78231 | | Disputed business debt | Disputed | | | $0.00 |
| 2 | Dye, Sherry Bryce<br>1919 San Pedro Ave.<br>San Antonio, TX 78212 | | attorney fees | | | | $0.00 |
| 3 | Bexar County Clerk/<br>100 Dolorosa,#104<br>San Antonio, TX 78205 | | Notice only | | | | $0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **SA NW UPSCALE HOSPITALITY GROUP, LLP**             CASE NO

                                                              CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/3/2023                              Signature  /s/ Vikas B. Bhakta
                                                        *Vikas B. Bhakta*
                                                        *Agent/Partner*


Date  _____                 Signature  _____

```
B. R. Bhakta
3925 S. Padre Island Dr.
Corpus Christi, TX  78415


Baldev R. Bhakta
6113 St. Denis St.
Corpus Christi, TX 78414


Barry Snell
1250 N. E. Loop 410 #725
San Antonio, TX  78209


Bexar County
c/o Don Stecker
112 E. Pecan St. #2200
San Antonio, Texas 78205


Bexar County Clerk/
100 Dolorosa,#104
San Antonio, TX 78205


Cribley Enterprises, Inc.
12019 Nacogdoches Rd.
San Antonio, Texas  78217


David Cunningham
7750 Broadway
San Antonio, TX  78209


Dist.Crk. C-1214-23G
100 N. Closner
Edinburg, TX  78539


Dye, Sherry Bryce
1919 San Pedro Ave.
San Antonio, TX 78212
```

Herc Rentals, Inc.
668 N. W.W.White Rd.
San Antonio, TX 78219


Hill Country Electric Supply
3003 N.E. Loop 410, #101
San Antonio, TX 78218


IH10/Loop1604 Partners, LTD
10003 NW Military Hwy #2205
San Antonio, TX 78231


J. Colt Tucker
1811 W. Park Row
Arlington, TX 76013


Keith Zars Pools, Ltd
17427 San Pedro Ave.
San Antonio, TX 78232


Kino Construction, LLC
527 Stonewood St.
San Antonio,TX 78216


Lacquer Craft Hosp. Inc,
2575 Penny Road
High Point, NC 27265


Lone Star National Bank
520 E. Nolana Ave.
McAllen, TX 78504


Michelle Gerred
P. O. Box 24101
Cleveland, OH 44124

Nathan Ketterling
755 E. Mulberry #200
San Antonio, TX  78212

Oliva Saks Garcia & Curiel
14255 Blanco Rd.
San Antonio, TX  78216

Scott Walsh, Sub Trustee
4900B North 10th St.
McAllen, TX  78504

TACC, Inc.
18610 Starcreek Dr.
Cornelius, NC  28031

U. S. Trustee
615 E. Houston St., #533
San Antonio, Texas 78205

Vikas B. Bhakta
3925 S. Padre Island Dr.
Corpus Christi, TX  78415

VikoB Construction, LLC
3925 S. Padre Island Dr.
Corpus Christi, TX  78415

Weldon G. Nixon
1506 S. Lone Star Way, #10
Edinburg, TX  78539